IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHNNY WILSON**                                                                                 **PLAINTIFF**

**V.**                  **CASE NO. 3:19-CV-135-SWW-BD**

**SOCIAL SECURITY ADMINSTRATION**                            **DEFENDANT**

**ORDER**

Plaintiff Johnny Wilson is proceeding in this action *pro se*. His motion to proceed *in forma pauperis* (docket entry #1) is GRANTED. The Clerk of Court is directed to prepare summonses for service of the Complaint upon the Defendant, Social Security Administration ("SSA"). The United States Marshal is directed to serve the summons and Complaint upon the Defendant, by certified mail, without requiring prepayment of costs or security, as follows: Acting Commissioner of the SSA, Office of the Regional Chief Counsel, Region VI, SSA, 1301 Young Street, Room 430, Dallas, Texas 75202-5433; Hon. Cody Hiland, United States Attorney for the Eastern District of Arkansas, Post Office Box 1229, Little Rock, Arkansas 72203; and Hon. William P. Barr, United States Attorney General, Department of Justice, 950 Pennsylvania Avenue Northwest, Room 4400, Washington, DC 20530-0001.

DATED this 7th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE