# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOHNNY WILSON                                                    PLAINTIFF

V.                          CASE NO. 3:19-CV-135-BD

SOCIAL SECURITY ADMINSTRATION                    DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed

Motion to Reverse and Remand. (Docket entry #15) For good cause shown, the

Commissioner's motion (#15) is GRANTED. This case is remanded under sentence four

of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 10th day of October, 2019.

.

_____
UNITED STATES MAGISTRATE JUDGE