**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOHNNY WILSON**                                                                              **PLAINTIFF**

**V.**                                                     **CASE NO. 3:19-CV-135-BD**

**SOCIAL SECURITY ADMINSTRATION**                                                **DEFENDANT**

## JUDGMENT

    In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Johnny Wilson and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

    IT IS SO ORDERED this 10th day of October, 2019.
.

_____
UNITED STATES MAGISTRATE JUDGE